Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

# UNITED STATES DISTRICT COURT
for the

WESTERN District of VIRGINIA

Lynchburg Division

APR 25 2022

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

TREMAYNE A. POWELL
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

"SEE ATTACHED"
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:22cv00020
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: TREMAYNE A. POWELL
Address: 1908 WARDS FERRY Rd.
Lynchburg, VA 24502
City / State / Zip Code

County:
Telephone Number: 434-291-3157
E-Mail Address: tremaynearteze@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Municipality of The City of Lynchburg, VA.
Job or Title (if known):
Address:
Lynchburg, VA
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Lynchburg, VA Chief of Police
Job or Title (if known):
Address:
Lynchburg, VA
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: BH MEDIA Group
Job or Title (if known):
Address: 101 WYNDALE Dr., LynchBurG
City: LynchBurG   State: VA   Zip Code: 24501
County:
Telephone Number: 434-385-5400
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: HiRE RiGHT
Job or Title (if known):
Address: 14002 E. 21st Street
City: Tulsa   State: OK   Zip Code: 74134
County:
Telephone Number: 866-521-6995
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE PLAINTIFF Claims That His Constitutional Rights Are Being Violated Under Amendments: 5, 9, 10, 13, 14.
Section 242 of Title 18

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Defendants overall practice of including Arrest and Criminal Charges In which He was Not Convicted or Found Guilty of in the United States by Judge or Jury. The Defendants, The municipality of Lynchburg And The Lynchburg Chief of Police Provided Inaccurate, unconstitutional Criminal Background Disclosures To Cusumer Reporting Agencies; Hire Right And Check R, both Agencies Provided The Plaintiffs Criminal Background Report to Employers whom then denied the Plaintiff Employment

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The Municipality of The City of Lynchburg, VA

B. What date and approximate time did the events giving rise to your claim(s) occur?

The municipality of Lynchburg VA + Lynchburg, VA Chief of Police Documented Inaccurate Disposition Against The Plaintiff on Aug. 12, 2016 + Nov. 17 2015. The Consumer Reporting Agency Hire Right Denied Plaintiff employment on Feb. 5 2018. The Consumer Reporting Agency Check R Denied Plaintiff employment on Feb. 9, 2022.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached" Pages 4(a), 4(b), 4(c), 4(d), 4(e)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non- Prisoner)

III. Statement of Claim

C.  What are the facts underlying your claim(s)? (for example. What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Section 242 of Title 18 it is a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the constitution or laws of the United states. For the purpose of section 242, acts under color of law include acts not only done by Federal, State, or Local officials within their lawful authority, but also acts done beyond the bounds of that official lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, family status, or national origin of the victim. Section 1983 was originally designed to protect slaves who were freed in the civil war. Section 1983 of Title 42 of the U.S. code was originally enacted by congress as Section 1 of the Ku Klux Klan Act of April 20, 1871. The law was passed by legislators as part of the Civil Rights Act of 1871. The congressional intent was for victims to avoid state court decisions. In state courts the Black victims was likely to face a strong bias. The Civil Rights Violation must be committed under color of law. *People act under color of any statue when they behave with the apparent authority of the state while on the job such as, police chiefs, Sheriffs and departments.*

4. (a)

The Plaintiffs prior and actual criminal convictions within the city of Lynchburg, Va. dating back to 1996 for cocaine possession and marijuana possession has disproportionally screened him out for employment, as well every other criminal conviction provided on his actual and accurate criminal background report since 1996, actual and accurate convictions that he the (plaintiff) has been constitutionally found guilty of within the United States by either a Judge of the court or by Jury, has also screened him out of various job opportunities by right and appropriately to constitutional law.

The plaintiff argues any violation of 42 U.S. Code §1983 by the City of Lynchburg Va., City of Lynchburg police chief, BH Media group and Hire Right constitutes a Civil Action for deprivation of his Rights as well any various employer with a policy containing "Blanket Exclusions" for criminal convictions of applicants. Although a actual and accurate criminal conviction disclosure by the municipality of the City of Lynchburg and the City of Lynchburg police chief is undisputed by the plaintiff and may construed to be consistent with state law as well federal laws under the U.S Constitution. Moreover the plaintiff argues that the inaccurate criminal record disclosures of FELONY RAPE arrest date September 1, 2015, disposition date August 12, 2016 – NOLLE PROSEQUI and FELONY SODOMY Victim Helpless/ Force arrest date September 1, 2015, disposition date November 17, 2015 – NOLLE PROSEQUI, made by the municipality of the City of Lynchburg to BH MEDIA group located at 101 Wyndale drive Lynchburg, Va.24501 via HIRE RIGHT consumer reporting agency located at 14002 E. 21st. Street suite 1200 Tulsa Oklahoma 74134-1412 is unconstitutional. The criminal background report was requested by BH Media group on January 26, 2018. And Adjudicated by HIRE RIGHT on February 3, 2018. BH Media group denied the plaintiff from employment on February 5, 2018. The

4. (6)

plaintiff further argues that DOOR DASH located at 303 2nd St. suite 800, San Francisco Ca. 94107 requested a criminal background check from the consumer reporting agency CHECK R located at one Montgomery street suite 2400 San Francisco, Ca. 94104. Door Dash denied the plaintiff from employment on February 17, 2022. These criminal record disclosures made by the municipality of the city of Lynchburg to the consumer reporting agency HIRE RIGHT and the employer BH Media group as well the consumer reporting agency CHECK R and the employer DOOR Dash, the plaintiff was not found guilty of in the United States by due process of law by a Judge or Jury. Therefore, the plaintiff argues the disclosures are not of the same necessity or consistent with Federal law or the rights provided to him under the Fifth Amendment, Ninth Amendment, Tenth Amendment, Thirteenth Amendment, and the Fourteenth Amendment of the United States Constitution

Furthermore, the plaintiff argues the municipality of The City of Lynchburg, Lynchburg police chief and department overall practice of including criminal records in which he was not convicted of or found guilty of to consumer reporting agencies, HIRE RIGHT and CHECK R and employers BH Media and DOOR DASH should be looked at by this Federal District Court of the United States in its totality and the practice thereof adverse impact on the plaintiff's rights under Amendments five, nine, ten, thirteen, and fourteen of the United States Constitution, in which these constitutional amendments puts the plaintiff in a protected group in regards to any constitutional bias or deprivation of any rights, privilege, or immunities secured by the constitution and laws.

Further the plaintiff asserts that the (1). EEOC enforcement guidance on the consideration of arrest and conviction records in employment decisions. (2). The EEOC strategic enforcement plan to eliminating systemic barriers in recruitment and hiring. The

4. (C)

aforementioned EEOC guidance adds some flesh to the bones of the plaintiff, the deprivation of his Civil rights under the fifth amendment, ninth amendment, tenth amendment, thirteenth amendment, and the fourteenth amendment resulted in a disparate impact on the plaintiff on a nationwide basis for more than five years dating back to 2017. The plaintiff argues that the inaccurate and unconstitutional criminal background reporting by the municipality of the city of Lynchburg and The Lynchburg city police chief and department to the consumer reporting agencies HIRE RIGHT and CHECK R established a violation of his private rights and he has suffered a significant injury over the past five years. Further the plaintiff declares that injury is inherently sufficient to support standing. The right to privacy is, most simply the right of a person to be alone, to be free from unwarranted bias and to live without unwanted interference. A person has an actionable right to be free from the invasion of privacy. BLACK v. AEGIS consumer funding group, Inc 2001 U.S. Dist. Lexis 2632 (S.D. Ala. Feb 8 2001). An actionable invasion of the right of privacy is the unwarranted appropriation or exploitation of one's personality in such a manner as to outrage or cause mental suffering, shame or humiliation to a person of ordinary sensibility Although the needs of the municipality of Lynchburg Va. and the Lynchburg police chief and department are to provide protection to society are balanced. The plaintiff argues and claims the inaccurate and unconstitutional criminal report disclosures made by the municipality of the city of Lynchburg and the Chief of the police department, does not come within the same appropriate warranted rights and needs of the Federal Government to provide protection to society. Moreover such disclosures to employers and consumer reporting agencies has caused concrete harm to the plaintiff.

4. (d)

4.

The right of plaintiffs to sue for technical violations of the Fair Credit Reporting Act and other federal privacy laws has been the subject of much class litigation in recent years, the U.S. Supreme Court addressed this increasingly salient issue in SPOKEO, Inc v. ROBINS 578 U.S. 330 (2016). Article III standing requires a concrete injury even in the context of statutory violation. The court has held in a sharply divided 5-4 decision that consumers whose inaccurate credit files were released to third parties by a credit reporting agency suffered a concrete reputational injury and therefore, had standing to bring claims that credit reporting agencies failed to ensure the accuracy of its credit records TransUnion LLC v. Ramirez, N0. 20297 (June 25, 2021).

4. (E)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The plaintiff has sustained infinite legal injury over the past 5 years due to the violation of his constitutional rights to life + liberty under the 5th + 14th Amendments, The inaccurate and unconstitutional criminal background report made by the municipality of the city of Lynchburg + the chief of police has caused the plaintiff concrete harm and has caused a gross economic loss and earning potential through the various channels of employment opportunities. The plaintiff has been deprived of his rights granted by the 5th, 9th, 10th, 13, + 14th Amendments of the U.S. Constitution.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The plaintiff claim damages in the amount of $2 million dollars from ① The city of Lynchburg, chief of police, ② BH Media, ③ Hire Right. The plaintiff seeks punitive damage award, not only for concrete harm such as loss of life + liberty, mental suffering, wounded dignity, and injured feelings, but also to punish the defendants for their egregious misconduct and to deter any similar conduct in the future

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff  TREMAYNE A. POWELL

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
*City*    *State*    *Zip Code*
Telephone Number _____
E-mail Address _____